UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENG LEUKHAMPHAN,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:25-cv-01750-JLT-SKO (HC)

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AND DIRECTING RESPONDENTS TO PROVIDE STATUS REPORT**

**[Doc. 13]**

**[TEN-DAY DEADLINE]**

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court issued an order directing Respondents to show cause why the petition should not be granted. (Doc. 13.) Respondents were granted thirty (30) days to respond. Over thirty (30) days have passed, and Respondents have not complied. Therefore, Respondents will be ordered to show cause why sanctions should not be imposed for failure to comply with a court order.

The Court notes that on January 26, 2026, the order that was served on Petitioner was returned as “Undeliverable-Not in Custody.” If Petitioner has indeed been removed, the case would appear to be moot.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Within ten (10) days of the date of service of this order, Respondents are ORDERED to SHOW CAUSE why sanctions should not be imposed for failure to comply with a court order; and

2) Respondents are DIRECTED to notify the Court within ten (10) days whether Petitioner has been removed or if he is still in custody.

IT IS SO ORDERED.

Dated: **February 11, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE